Michael C. Ormsby
United States Attorney
Eastern District of Washington
Earl A. Hicks
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 05 2012

JAMES R. LARSEN
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA ISAAC STINE,<br><br>Defendant. | CR-12-59-RMP<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 922(g)(1) and 924<br><br>Felon in Possession of a Firearm |

The Grand Jury Charges:

On or about February 22, 2012, in the Eastern District of Washington, JOSHUA ISAAC STINE, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess a firearm, to wit: a Smith & Wesson Air Weight .38 caliber revolver, serial # J363779, which firearm had theretofore been transported in interstate and foreign commerce; all in violation of 18 U.S.C. §§ 922(g)(1) and 924.

DATED this 5th day of June, 2012.

A TRUE BILL

*/s/ Michael C. Ormsby*
Michael C. Ormsby
United States Attorney

_____
Foreperson

*/s/ Earl A. Hicks*
Earl A. Hicks
Assistant United States Attorney

INDICTMENT - 1
06-05-12 Stine Indictment.wpd